IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID M. MCCLELLAN**                                                                                          **PLAINTIFF**
**#131100-24**

v.                                             No. 4:25-cv-00381-LPR-BBM

**RICK D. NASH,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

On April 21, 2025, David M. McClellan, an inmate at the Pulaski County Regional Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On April 24, 2025, the Court entered an Order denying Mr. McClellan's motion to proceed *in forma pauperis* and directing Mr. McClellan to either pay the $405 filing fee or file a new motion to proceed *in forma pauperis* within thirty (30) days.[2] The Court warned Mr. McClellan that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3]

Mr. McClellan has not complied with, or otherwise responded to, the April 24, 2025 Order, and the time for doing so has expired.[4] Accordingly, Mr. McClellan's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] *Id.*

[4] On May 21, 2025, another inmate at the Pulaski County Regional Detention Facility and a non-party, Rickey Ashley, filed a Motion for Leave to File Amicus Brief (Doc. 5) and a Motion for Leave to Proceed *in forma pauperis* (Doc. 6). Those Motions were denied by Judge Moore. Order (Doc. 7).

IT IS SO ORDERED this 5th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE